PROB 12C  
(7/93)

Report Date: December 5, 2012

# United States District Court

for the

## Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

DEC 06 2012

JAMES R. LARSEN, CLERK
_____DEPUTY
YAKIMA, WASHINGTON

Name of Offender:  Ranferi Sanchez Torres          Case Number: 2:10CR02079-001

Address of Offender:

Name of Sentencing Judicial Officer:  The Honorable Fred Van Sickle, Senior U.S. District Judge

Date of Original Sentence: 12/7/2010

| | |
|---|---|
| Original Offense: | Possession of a Firearm by Prohibited Person, 18 U.S.C. § 922(g)(1) |
| Original Sentence: | Prison - 30 Months; TSR - 36 Months |
| Asst. U.S. Attorney: | Thomas J. Hanlon |
| Defense Attorney: | Rick Lee Hoffman |

Type of Supervision:  Supervised Release

Date Supervision Commenced: 8/10/2012

Date Supervision Expires: 8/9/2015

## PETITIONING THE COURT

To issue a warrant.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 & 2 | **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime.<br><br>**Mandatory Condition # 3**: The defendant shall not illegally possess a controlled substance.<br><br>**Supporting Evidence**: On December 3, 2012, the defendant was arrested by the Douglas County Sheriff's Office and charged with possession of marijuana. According to the Douglas County detective, a narcotics detective from Visalia, California, located a suspicious package at a package sorting facility in California. The suspicious package was addressed to the offender and listed the offender's address in Bridgeport, Washington for delivery. The narcotics detective obtained a warrant and searched the suspicious package, in which he located approximately 2.2 pounds of marijuana. The Douglas County Sheriff's Office, working undercover, delivered the package to the offender's residence. After the offender signed for the package and verified his name and address he was arrested. |

Prob12C
Re: Torres, Ranferi Sanchez
December 5, 2012
Page 2

According to the charging document, the offender is being charged in Douglas County, Washington, with Possession of a Controlled Substance [Felony Marijuana] contrary to RCW 69.50.4013 and 69.50.204(c)(14), a Class C felony that carries a maximum penalty of 5 years imprisonment and/or a fine of not less than $1,000 nor more than $10,000.

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the offender to answer the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    12/05/2012

s/Shane Moore

Shane Moore
U.S. Probation Officer

---

THE COURT ORDERS

[ ]   No Action
[✓]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   Other

*Fred Van Sickle*

Signature of Judicial Officer

12/6/2012

Date