PROB 12C
(7/93)

Report Date:  March 11, 2014

# United States District Court

### for the

### Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Ranferi Sanchez Torres          Case Number: 2:10CR02079-001

Address of Offender: Benton County Jail

Name of Sentencing Judicial Officer:  The Honorable Fred Van Sickle, Senior U.S. District Judge

Date of Original Sentence: December 7, 2010

| | |
|---|---|
| Original Offense: | Possession of a Firearm by Prohibited Person, 18 U.S.C. § 922(g)(1) |

| | | |
|---|---|---|
| Original Sentence: | Prison 30 months;<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Caitlin A. Baunsgard | Date Supervision Commenced: November 22, 2013 |
| Defense Attorney: | Rick Lee Hoffman | Date Supervision Expires: November 21, 2015 |

## PETITIONING THE COURT

**To incorporate the violation contained in this petition in future proceedings with the violations previously reported to the Court on January 15, 2014.**

The probation officer believes the offender has violated the following condition of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 6 | **Special Condition # 18**: You shall abstain from the use of illegal controlled substances, and shall submit to testing (which may include urinalysis or sweat patch), as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.<br><br>**Supporting Evidence**: On January 12, 2014, Mr. Torres failed to report for random drug testing at Okanogan Behavioral Health. |

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:     03/11/2014

s/Erik Carlson

Erik Carlson
U.S. Probation Officer

**Prob12C**
**Re: Torres, Ranferi Sanchez**
**March 11, 2014**
**Page 2**

THE COURT ORDERS

[  ]    No Action
[  ]    The Issuance of a Warrant
[  ]    The Issuance of a Summons
[ x ]    The incorporation of the violation(s) contained in this
         petition with the other violations pending before the
         Court.
[  ]    Other

s/ Fred Van Sickle
_____
Signature of Judicial Officer

3/11/2014
_____
Date